NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTINE COBELL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3080

---

Petition for review of the Merit Systems Protection Board in case no. DE0752090455-I-1.

---

**ON MOTION**

---

**ORDER**

Christine Cobell moves without opposition for a 19-day extension of time, until November 21, 2012, to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Cobell's principal brief is due no later than November 21, 2012. No further extensions should be anticipated.

FOR THE COURT

OCT 3 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Brenda Lindlief-Hall, Esq.
     Lindsey Schreckengost, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 1 2012

JAN HORBALY
CLERK